UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.: 4:19-cv-00162-MW-CAS

ELIZABETH FREDERICK, as Personal Representative of the Estate of Jennifer Case Norred and on behalf of the survivors, Elizabeth Frederick, Mother and William James Norred, Father,

    Plaintiff,

v.

WALTER MCNEIL, Sheriff of Leon County, Florida, CORIZON, LLC, a Health Services Corporation, MARIA LILIAN GARCIA, M.D., KIMBERLY PETERSEN, DEBBIE SELLERS and MISTY ROBERTSON, in their individual capacities.

    Defendants.
_____/

**DEFENDANTS CORIZON, LLC, MARIA LILIAN GARCIA, M.D., DEBBIE SELLERS AND MISTY ROBERSTON'S NOTICE OF CONFLICT AS TO THE COURT'S AMENDED SCHEDULING AND MEDIATION ORDER**

Defendants Corizon, LLC ("Corizon"), Maria Lilian Garcia, M.D. ("Garcia"), Debbie Sellers ("Sellers") and Misty Robertson ("Robertson") (collectively "Medical Defendants") hereby files their Notice of Conflict as to the Court's Amended Scheduling and Mediation Order [ECF #45] as follows:

1. On January 7, 2020, this Court entered an Amended Scheduling and Mediation Order setting the trial term to begin on August 17, 2020. Additionally, this Order advised any party with any conflict during this trial period must file a notice by January 21, 2020.

2. The undersigned notifies the Court that he is currently set for trial on August 17, 2020 in the Northern District of Florida, Tallahassee Division in the case of *McPherson v. Corizon, et al.*, Case No: 4:19-cv-00156 before the Honorable Mark E. Walker. This trial setting conflicts with the August 17, 2020 trial period of this matter.

By:    /s/ Gregg A. Toomey
      Gregg A. Toomey
      Florida Bar No. 159689

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

| | |
|---|---|
| James V. Cook<br>James V. Cook, PA<br>*Attorneys for Plaintiff*<br>314 W. Jefferson Street<br>PO Box 10021 [32302]<br>Tallahassee, FL 32301-1608<br>P: 850-222-8080<br>F: 850-561-0836<br>E: cookjv@gmail.com | Michael P. Spellman<br>Matthew J. Carson<br>Sniffen & Spellman PA<br>*Attorneys for Defendants McNeil and Petersen*<br>123 N. Monroe Street<br>Tallahassee, FL 32301<br>P: 850-205-1996<br>F: 850-205-3004<br>E: mspellman@sniffenlaw.com;<br>mcarson@sniffenlaw.com |

Jami M. Kimbrell
Smith Brooks & Masterson, PL
*Attorneys for Defendants Corizon, Garcia, Sellers and Robertson*
2629 Mitcham Drive
Tallahassee, FL 32308
P: 850-201-0942
F: 850-201-0909
E: jmk@brookslawyers.net

                      THE TOOMEY LAW FIRM LLC
                      *Attorneys for Defendants Corizon, Garcia, Sellers and Robertson*
                      The Old Robb & Stucky Building
                      1625 Hendry Street, Suite 203
                      Fort Myers, FL  33901
                      Phone:  239.337.1630
                      Fax:  239-337.0307
                      Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

                      By:  ____/s/ Gregg A. Toomey_____
                               Gregg A. Toomey
                               Florida Bar No. 159689