UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.: 4:19-cv-00162-MW-CAS

ELIZABETH FREDERICK, as Personal Representative of the Estate of Jennifer Casey Norred and on behalf of the survivors, Elizabeth Frederick, Mother and William James Norred, Father,

    Plaintiff,

v.

WALTER MCNEIL, Sheriff of Leon County, Florida, CORIZON, LLC, a Health Services Corporation, MARIA LILIAN GARCIA, M.D., KIMBERLY PETERSEN, DEBBIE SELLERS and MISTY ROBERTSON, in their individual capacities.

    Defendants.
_____/

## NOTICE OF MEDIATION

Defendants Corizon, LLC, Maria Lilian Garcia, M.D., Debbie Sellers and Misty Robertson hereby provide notice that this matter has been set for a mediation conference with Mediator Dominic Caparello on Thursday, April 30, 2020, beginning at 10:00 a.m. at Messer, Caparello P.A., 2618 Centennial Place, Tallahassee, FL 32308.

By:      /s/ Gregg A. Toomey
      Gregg A. Toomey
      Florida Bar No. 159689

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 6th day of March, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

James V. Cook
James V. Cook, PA
*Attorneys for Plaintiff*
314 W. Jefferson Street
PO Box 10021 [32302]
Tallahassee, FL 32301-1608
P: 850-222-8080
F: 850-561-0836
E: cookjv@gmail.com

Michael P. Spellman
Matthew J. Carson
Sniffen & Spellman PA
*Attorneys for Defendants McNeil and Petersen*
123 N. Monroe Street
Tallahassee, FL 32301
P: 850-205-1996
F: 850-205-3004
E: mspellman@sniffenlaw.com;
mcarson@sniffenlaw.com
twylie@sniffenlaw.com
mduber@sniffenlaw.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon, Garcia, Sellers and Robertson*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
Phone: 239.337.1630
Fax: 239-337.0307
Email: gat@thetoomeylawfirm.com,
alr@thetoomeylawfirm.com, and
hms@thetoomeylawfirm.com

By:      /s/ Gregg A. Toomey
      Gregg A. Toomey
      Florida Bar No. 159689