# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ELIZABETH META FREDERICK, as
Personal Representative of the Estate of
Jennifer Casey Norred, and on behalf of
the Survivors, Elizabeth Frederick, mother,
and William James Norred, father
    Plaintiffs,

File No. 4:19-cv162-MW-CAS

v.

HON. WALTER McNEIL, as Sheriff of
Leon County, Florida, and CORIZON,
LLC, a Health Services Corporation and
MARIA LILIANA GARCIA, M.D.,
KIMBERLY PETERSEN, DEBBIE
SELLERS, and MISTY ROBERTSON, in
their individual capacity,
    Defendants.
_____/

## NOTICE OF FILING DISCLAIMER
## OF INTEREST IN ESTATE ASSET

Plaintiff, William James Norred, by and through his undersigned counsel, hereby gives notice of filing the attached Disclaimer of Interest in Estate Asset in the Court file in this Cause.

    /s/ Steve M. Watkins, III
    STEVE M. WATKINS, III
    FBN: 0794996
    41 Commerce Street
    Apalachicola, FL 32320
    (850) 653-1949
    stevewatkinslaw@att.net

## CERTIFICATE OF SERVICE

I CERTIFY that a true copy hereof was served on May 12, 2020, on all attorneys of record registered with the Court's Electronic Filing System.

/s/ Steve M. Watkins, III
Steve M. Watkins, III

## DISCLAIMER OF INTEREST IN ESTATE ASSET

Pursuant to Section 739.104 Fla. Stat. (2019), I, WILLIAM JAMES NORRED, hereby disclaim any interest in the property described below which is an asset of the estate of JENNIFER CASEY NORRED, who died July 24, 2017.

Description of the property:

Interest in or claims for damages from causes of action relating to the death of Jennifer Casey Norred as Estate Beneficiary or as Statutory Survivor, as it relates to Frederick v. McNeil, et al., U.S. District Court, Northern District, Case No.: 4:19-cv-162-MW-CAS.

This document waives any interest in damages or claims for damages that, unless disclaimed, would pass to me by intestate succession or devise or otherwise, under descent of homestead, exempt property or family allowance; through exercise or non-exercise of a power of appointment exercisable by will; as beneficiary of a testamentary trust; as done of a power of appointment created by will; or any other means.

I declare that I will not accept, either at present or in the future, from the personal representative of the estate or their successors, any right, title or interest which I had at any time before the execution of this disclaimer. It is my intention in executing this disclaimer to terminate my interest in the estate.

DATED this __7__ day of __May__, 2020.

Signed, sealed and delivered in
the presence of:

_____
Witness

Lindsey Sheppard
Print Name

_____
Witness

Brianna Page
Print Name

_____
William James Norred, Disclaiming Beneficiary

STATE OF FLORIDA
COUNTY OF LEON

The foregoing instruction was acknowledge before me **of ☑ physical presence or ☐ online notarization**, this _7_ day of _May_, 2020, by William James Norred who (x) is personally known to me or ( ⁄ ) has produced _____ as identification.

MARY E. STAFFORD
MY COMMISSION # GG 106311
EXPIRES: May 18, 2021
Bonded Thru Notary Public Underwriters

Notary Public
My Commission Expires: 5/18/21