UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.: 4:19-cv-00162-MW-MAF

ELIZABETH FREDERICK, as Personal Representative of the Estate of Jennifer Casey Norred and on behalf of the survivors, Elizabeth Frederick, Mother and William James Norred, Father,

    Plaintiff,

v.

WALTER MCNEIL, Sheriff of Leon County, Florida, CORIZON, LLC, a Health Services Corporation, MARIA LILIAN GARCIA, M.D., KIMBERLY PETERSEN, DEBBIE SELLERS and MISTY ROBERTSON, in their individual capacities.

    Defendants.
_____/

## NOTICE OF FILING

Defendants Corizon, LLC, Maria Lilian Garcia, M.D., Debbie Sellers and Misty Robertson file the following documents in support of their Motion for Summary Judgment:

    1.    Leon County Jail medical records for Jennifer Norred.

    2.    Declaration of Defendant Misty Robertson.

    3.    Declaration of Alan A. Abrams, M.D., J.D., FCLM.

4. Transcript of the March 6, 2020 Deposition of Defendant Dr. Maria Garcia.

5. Transcript of the March 6, 2020 Deposition of Defendant Misty Robertson.

6. Transcript of the March 6, 2020 Deposition of Defendant Deborah Sellers.

By:    /s/ Gregg A. Toomey
        Gregg A. Toomey
        Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

| | |
|---|---|
| James V. Cook<br>James V. Cook, PA<br>*Attorneys for Plaintiff*<br>314 W. Jefferson Street<br>PO Box 10021 [32302]<br>Tallahassee, FL 32301-1608<br>P: 850-222-8080<br>F: 850-561-0836<br>E: cookjv@gmail.com | Michael P. Spellman<br>Matthew J. Carson<br>Sniffen & Spellman PA<br>*Attorneys for Defendants McNeil and Petersen*<br>123 N. Monroe Street<br>Tallahassee, FL 32301<br>P: 850-205-1996<br>F: 850-205-3004<br>E: mspellman@sniffenlaw.com;<br>mcarson@sniffenlaw.com<br>twylie@sniffenlaw.com<br>mduber@sniffenlaw.com |

                                                THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon, Garcia, Sellers and Robertson*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:      /s/ Gregg A. Toomey
       Gregg A. Toomey
       Florida Bar No. 159689