

# LEON COUNTY SHERIFF'S OFFICE

## Standard Operating Procedure 450.M5
## Special Management Inmates

| EFFECTIVE: | REVISED: | RESCINDS: |
|---|---|---|
| 1 OCTOBER 1999 | 13 January 2017 | 15 July 2004 |

A. **PURPOSE:** The purpose of this procedure is to describe the method in which inmates with special needs are identified and managed.

B. **SCOPE:** This procedure shall apply to all Corrections Personnel.

C. **POLICY:** It is the policy of the Leon County Detention Facility to maintain a system for identification of inmates requiring special management.

D. **DEFINITIONS:** N/A

E. **PROCEDURE:**

  1. **MANAGEMENT**

     a. The Detention Facility's Medical Unit procedures for handling special management inmates are reviewed annually by the health authority or designee and include at a minimum: [FCAC 24.03 FMJS 7.02]

        1) Suicide prevention;

        2) Prenatal care;

        3) Alcohol/drug detoxification;

        4) Seizure management;

        5) Physical impairment;

        6) Mental incapacity/deficiencies;

        7) Incidents of inmate hunger strikes.

     b. Special management treatment is to be initiated only when appropriate and under the direction of the health authority. The special management time frame shall be as deemed necessary by the health authority.

c. Anyone admitted to the facility under the Marchman Act or who exhibits obvious signs of intoxication from the use of alcohol or drugs shall be kept separate from the general population, under close supervision for a reasonable length of time as designated by the health authority.[FCAC 24.14]

d. Inmates with suicidal ideation or thoughts of harming themselves or others shall be placed in the infirmary cells designed for this function. Direct observation shall be initiated until seen by qualified mental health personnel. All items that could potentially pose a threat or cause harm shall be removed from the inmate's access. The inmate shall be placed in a suicide gown and given no utensils to eat with. If the inmate still exhibits acts of harming him/herself or others, certified correctional staff shall place the inmate in the restraint chair. Medical personnel shall be present to ensure no constrictions of extremities exist and shall check circulation every two hours until the inmate is released.

e. The Detention Facility's Medical Unit procedures for the management of inmates with seizure disorders include at a minimum:[ FMJS 7.17]

   1) Special housing requirements;

   2) Work assignments limitations;

   3) Close supervision requirements.

f. The Detention Facility's Medical Unit procedures for the management of physically impaired inmates includes at a minimum:

   1) Paralysis;

   2) Blindness;

   3) Hearing impairment;

   4) Illness impairment;

   5) Speech impairment;

   6) Amputees.

g. The Detention Facility's Medical Unit procedures for the management of pregnant female inmates includes at a minimum: [FCAC 24.17]

   1) Prenatal care;

   2) Housing assignments;

   3) Restricted work assignments;

   4) Placement of the child.

**h.** The Detention Facility's Medical Unit maintains procedures for the management of inmates diagnosed with diminished capacity, mental deficiencies or retardation.

APPROVED: _____

**DEPARTMENT OF DETENTION CHIEF**