IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| ELIZABETH META FREDERICK, Personal Representative for the ESTATE OF JENNIFER CASEY NORRED,<br><br>Plaintiff,<br><br>v.<br><br>HON. WALTER McNEIL, et al.,<br><br>Defendants. | CASE NO. 4:19-cv-162-MW/CAS |

**NOTICE OF FILING EXHIBITS**

NOTICE IS HEREBY GIVEN that Plaintiff files these Exhibits to Plaintiff's Response to the Motion for Summary Judgment by Defendants McNeil and Petersen:

1. Inmate Suicides 2000-2017
2. LCJ Population July 2017
3. USDOJ Mortality in Jails and Prisons
4. LCJ Medical Records
5. Hudson Evaluation
6. 2011 LCJ Medical Records
7. 2017 0605 Estrada E-Mail
8. Hayward Expert Report
9. LCJ SOP 450.M5 Special Management
10. FDLE Death Investigation
11. Videos A and C (By Mail)
12. NCCHC Suicide Prevention Standards
13. Corizon and PHS Suits
14. Jail Pod Journals
15. FDLE Interview of Misty Robertson (Disk by Mail)
16. Request for Admission Responses
17. Video C Stills

Respectfully submitted, *s/ James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

ATTORNEY FOR PLAINTIFF

I CERTIFY the foregoing was filed electronically on 8/24/20 and served on all counsel registered with the CM/ECF electronic mail system:
*s/James V. Cook*





Hasler
08/27/2020
US POSTAGE $001.60
FIRST-CLASS MAIL
ZIP 32301
011D10652882

CHECKED 8 2020



**JAMES V. COOK**
ATTORNEY-AT-LAW
POST OFFICE BOX 10021
TALLAHASSEE, FL 32302

**Clerk of the District Court**
**Northern District of Florida**
111 N. Adams Street, Ste. 322
Tallahassee, FL 32301-7730

CONFIDENTIAL LEGAL MAIL