# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ELIZABETH META FREDERICK,

    Plaintiff,

v.

HON. WALTER McNEIL, et al.,

    Defendants.

CASE NO. 4:19-cv-162-MW/MAF

## PLAINTIFF'S NOTICE OF POTENTIAL TRIAL CONFLICT

NOTICE IS HEREBY GIVEN that counsel for Plaintiff ELIZABETH FREDERICK, may have a trial conflict. Plaintiff currently has a 5-day trial set for February 1, 2022 (*Paulcin v. Wexford*, 2:17cv232-JLB-MRM, M.D. Fla., Ft. Myers); a 3-4 day trial set for February 23, 2022 (*Phillips v. Inch*, 4:18cv139-AW-MJF, N.D. Fla., Tallahassee); and a 15-day trial set for March 7, 2022 (*Nelson v. Gualtieri*, 8:19cv449-CEH-JSS, M.D. Fla., Tampa). Initially, the parties estimated the trial in the instant case would run seven days. However, the issues are substantially reduced and Plaintiff submits it should be triable in one week.

Respectfully submitted,    *s/ James V. Cook*
    JAMES V. COOK, ESQ. FBN 0966843
    Law Office of James Cook
    314 West Jefferson Street
    Tallahassee, Florida 32301
    (850) 222-8080; 561-0836 fax
    cookjv@gmail.com
    ATTORNEY FOR PLAINTIFF

I CERTIFY the foregoing was filed electronically on 11/22/2021, on all counsel registered to be notified by the CM/ECF electronic mail system.

                                                    *s/James V. Cook*