**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**
**CASE NO.: 4:19-cv-00162-MW-MAF**

ELIZABETH FREDERICK, as
Personal Representative of the Estate of
Jennifer Casey Norred and on behalf of
the survivors, Elizabeth Frederick,
Mother and William James Norred,
Father,

      Plaintiff,

v.

WALTER MCNEIL, Sheriff of Leon
County, Florida, CORIZON, LLC, a
Health Services Corporation, MARIA
LILIANA GARCIA, M.D.,
KIMBERLY PETERSEN, DEBBIE
SELLERS and MISTY ROBERTSON,
in their individual capacities.

      Defendants.

_____/

## SECOND STATUS REPORT

    Defendant Misty Robertson ("Robertson") files her Second Status Report

regarding bankruptcy as required by this Court's Order [ECF #121] as follows:

    Robertson filed a Status Report on August 31, 2021 advising that an Order

of Discharge was entered by the bankruptcy court on August 9, 2021. However,

the case is not closed, as the trustee or creditors have the right to seek revocation of

the discharge for up to one year following the discharge. 11 U.S.C. §727 (d)(e)

[ECF #122].

Following the filing of the August 31, 2021 Status Report, this Court lifted the stay and the case has now been set for trial to begin October 11, 2022 [ECF ##124, 129].

Robertson now reports that the bankruptcy proceeding is still open, but she has completed all of her payment obligations as required by the bankruptcy court.

By:  ___/s/ Gregg A. Toomey_____
Gregg A. Toomey
Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

James V. Cook
James V. Cook, PA
*Attorneys for Plaintiff*
314 W. Jefferson Street
PO Box 10021 [32302]
Tallahassee, FL 32301-1608
P: 850-222-8080
F: 850-561-0836
E: cookjv@gmail.com

Michael P. Spellman
Matthew J. Carson
Sniffen & Spellman PA
*Attorneys for Defendant McNeil*
123 N. Monroe Street
Tallahassee, FL 32301
P: 850-205-1996
F: 850-205-3004
E: mspellman@sniffenlaw.com;
mcarson@sniffenlaw.com
twylie@sniffenlaw.com
lkiser@sniffenlaw.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendant Robertson*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com,
alr@thetoomeylawfirm.com, and
hms@thetoomeylawfirm.com

By:  ___/s/ Gregg A. Toomey_____
        Gregg A. Toomey
        Florida Bar No. 159689