UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.: 4:19-cv-00162-MW-MAF

ELIZABETH FREDERICK, as Personal Representative of the Estate of Jennifer Casey Norred and on behalf of the survivors, Elizabeth Frederick, Mother and William James Norred, Father,

    Plaintiff,

v.

WALTER MCNEIL, Sheriff of Leon County, Florida, CORIZON, LLC, a Health Services Corporation, MARIA LILIANA GARCIA, M.D., KIMBERLY PETERSEN, DEBBIE SELLERS and MISTY ROBERTSON, in their individual capacities.

    Defendants.
_____/

## THIRD STATUS REPORT

Defendant Misty Robertson ("Robertson") files her Third Status Report regarding bankruptcy as required by this Court's Order [ECF #121] as follows:

Robertson filed a Status Report on August 31, 2021 advising that an Order of Discharge was entered by the bankruptcy court on August 9, 2021. However, the case is not closed, as the trustee or creditors have the right to seek revocation of the discharge for up to one year following the discharge. 11 U.S.C. §727 (d)(e)

[ECF #122]. Additionally, Robertson previously reported that the bankruptcy proceeding is still open, but she has completed all of her payment obligations as required by the bankruptcy court.

Following the filing of the August 31, 2021 Status Report, this Court lifted the stay and the case has now been set for trial to begin October 11, 2022 [ECF ##124, 129].

Robertson now reports that the Plaintiff in this case has filed a $999,000 claim against Robertson in the bankruptcy case, claiming she is entitled to bankruptcy proceeds. Robertson has objected to the Plaintiff's claim, as there is no judgment entered in this case. A hearing on the Plaintiff's claim and Robertson's objection is currently set in the bankruptcy court on May 26, 2022.

By:    /s/ Gregg A. Toomey
       Gregg A. Toomey
       Florida Bar No. 159689

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

James V. Cook
James V. Cook, PA
*Attorneys for Plaintiff*
314 W. Jefferson Street
PO Box 10021 [32302]
Tallahassee, FL 32301-1608
P: 850-222-8080
F: 850-561-0836
E: cookjv@gmail.com

Michael P. Spellman
Matthew J. Carson
Sniffen & Spellman PA
*Attorneys for Defendant McNeil*
123 N. Monroe Street
Tallahassee, FL 32301
P: 850-205-1996
F: 850-205-3004
E: mspellman@sniffenlaw.com;
mcarson@sniffenlaw.com
twylie@sniffenlaw.com
lkiser@sniffenlaw.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendant Robertson*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
Phone: 239.337.1630
Fax: 239-337.0307
Email: gat@thetoomeylawfirm.com,
alr@thetoomeylawfirm.com, and
hms@thetoomeylawfirm.com

By: \_\_\_/s/ Gregg A. Toomey_____
     Gregg A. Toomey
     Florida Bar No. 159689