UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

    Plaintiff,

v.

WALTER McNEIL, *et ano.*,

    Defendants.

Case No. 4:19-cv-162-MW-MAF

**PLAINTIFF'S NOTICE OF SETTLEMENT
<u>AS TO SHERIFF McNEIL ONLY</u>**

Pursuant to Local Rule 16.2(A)(1), Plaintiff Elizabeth Frederick hereby gives notice that all claims against Defendant Walter McNeil, Sheriff of Leon County, Florida, have been settled this afternoon. Counsel for Plaintiff and Sheriff McNeil anticipate filing a joint stipulation of dismissal of Sheriff McNeil with prejudice and with each party to bear their own fees and costs in the near future after the parties have completed their settlement papers and the terms of settlement. This notice is submitted so that the Court might avoid further judicial labor associated with Plaintiff's claims against Sheriff McNeil.

Dated: August 31, 2022.

        SLATER LEGAL PLLC

        By: */s/ James M. Slater*
            James M. Slater
            Florida Bar No. 111779
            113 S. Monroe Street
            Tallahassee, Florida 32301
            james@slater.legal
            Tel. (305) 523-9023

        -and-

        LAW OFFICE OF JAMES COOK

            James V. Cook
            Florida Bar No. 0966843
            314 W. Jefferson Street
            Tallahassee, Florida 32301
            cookjv@gmail.com
            Tel. (850) 222-8080
            Fax (850) 561-0836

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

        By: */s/ James M. Slater*
            James M. Slater