**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ELIZABETH FREDERICK,**

     *Plaintiff,*

**v.**                              **Case No.: 4:19cv162-MW/MAF**

**WALTER MCNEIL, as Sheriff of Leon
County, Florida, et al.,**

     *Defendants.*

_____/

## ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT

Plaintiff has filed a notice of settlement as to Sheriff McNeil only. ECF No. 135. The parties are ordered to file a stipulation of dismissal as to Plaintiff's claims against Sheriff McNeil or a status update in the event the parties have not finalized their settlement papers **on or before Thursday, September 15, 2022**.

This case is still pending against Misty Robertson, the sole remaining Defendant and is set for trial on October 11, 2022. Accordingly, **on or before Wednesday, September 7, 2022**, Plaintiff must file a status report indicating whether she intends to proceed to trial against Defendant Robertson.

**SO ORDERED on September 1, 2022.**

                             **s/Mark E. Walker_____
                             Chief United States District Judge**