UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

    Plaintiff,

v.

MISTY ROBERTSON,

    Defendant.

Case No. 4:19-cv-162-MW-MAF

## PLAINTIFF'S EXHIBIT LIST

| Presiding Judge:<br>Mark E. Walker | Plaintiff's attorney:<br>James V. Cook<br>James M. Slater | Defendants' Attorneys:<br>Gregg A. Toomey |
|---|---|---|
| Trial Date(s)<br>10/11/2022 (term) | Court Reporter | Courtroom Deputy |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Document | Def.'s Objection(s)[1] |
|---|---|---|---|---|---|---|
| 1 | | | | | Family memorabilia | A, I, R |
| 2 | | | | | Leon County Jail video re restraint chair | R |
| 3 | | | | | FDLE Audio Witness Interviews* | A, I |

---

[1] Objection Code

    A – Authenticity        P – Privileged
    H – Hearsay            R – Relevancy
    I – Contains inadmissible matter    UP – Unduly prejudicial

EXHIBIT A

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Document | Def.'s Objection(s)[1] |
|---|---|---|---|---|---|---|
| 4 | | | | | Autopsy report of Jennifer Casey Norred | |
| 5 | | | | | Corizon contract with Leon County, Florida | R |
| 6 | | | | | Inmate Event Log | |
| 7 | | | | | Medical Log, 7-21-24-2017 | I |
| 8 | | | | | Corizon Policies and Procedure Manual 2017 | I, R |
| 9 | | | | | Corizon Suicide Prevention Manual | I, R |
| 10 | | | | | Corizon Staffing Matrices for Leon County Jail | I, R |
| 11 | | | | | LJC nonmedical file* | R |
| 12 | | | | | FDLE Report and Summary* | I, R, H |
| 13 | | | | | Leon County Emergency Medical Services Reports | |
| 14 | | | | | Leon County Sheriff's Office Policy and Procedure regarding restraint chair use | I, R |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Document | Def.'s Objection(s)[1] |
|---|---|---|---|---|---|---|
| 15 | | | | | Leon County Sheriff's Office Policies and Procedures | I, R |
| 16 | | | | | June 5, 2017 email from Jackie Estrada to Ericka Walker | R |
| 17 | | | | | LCJ Suicide Report re Rudolph Ferguson, 11/19/14 | R, UP |
| 18 | | | | | Leon County Behavioral Health Transportation Plan | R |
| 19 | | | | | Leon County Sheriff's Office Incident Reports re Casey Norred* | I, R |
| 20 | | | | | Special Needs Minutes | |
| 21 | | | | | Defendant Robertson Job Application and Excerpted Personnel Records | I, R |
| 22 | | | | | F.R.E 1006 Jail Death Summary | I, R |
| 23 | | | | | Pod M Journal for July 24, 2017 | I, R |
| 24 | | | | | Leon County Jail Rosters for July 21-24, 2017 | I, R |
| 25 | | | | | Leon County Sheriff's Office Internal Affairs Investigation Memorandum | I, R, UP |
| 26 | | | | | NCCHC suicide prevention standards | I, R |
| 27 | | | | | Leon County Sheriff's Jail Restraint Chair Flow Sheet | R |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Document | Def.'s Objection(s)[1] |
|---|---|---|---|---|---|---|
| 28 | | | | | Order releasing Norred from direct observation | |
| 29 | | | | | July 25, 2017 Release Checklist | R, |
| 30 | | | | | Emails to and from Leon County Sheriff's Office staff* | I, R |
| 31 | | | | | Lone Star Professional Liability Insurance Policy # 4-100159 | R |
| 32 | | | | | Scottsdale Health Care Umbrella Insurance Policy # HPS0000036 | R |
| 33 | | | | | All exhibits identified by Defendant | |

*Impeachment only

Respectfully submitted,   /s/ James V. Cook_____
JAMES V. COOK, ESQ.
Florida Bar No. 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

/s/ James M. Slater_____
JAMES M. SLATER, ESQ.
Slater Legal
Florida Bar No. 111779
113 S. Monroe Street
Tallahassee, Florida 32301
Tel. (305) 523-9023
james@slater.legal

Attorneys for Plaintiff