UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.: 4:19-cv-00162-MW-MAF

ELIZABETH FREDERICK, as Personal Representative of the Estate of Jennifer Casey Norred and on behalf of the survivors, Elizabeth Frederick, Mother and William James Norred, Father,

    Plaintiff,

v.

WALTER MCNEIL, Sheriff of Leon County, Florida, CORIZON, LLC, a Health Services Corporation, MARIA LILIAN GARCIA, M.D., KIMBERLY PETERSEN, DEBBIE SELLERS and MISTY ROBERTSON, in their individual capacities.

    Defendants.
_____/

### DEFENDANT MISTY ROBERTSON'S EXHIBIT LIST

| Presiding Judge:<br>Mark E. Walker | Plaintiff's attorney:<br>James V. Cook<br>James M. Slater | Defendants' Attorneys:<br>Gregg A. Toomey |
|---|---|---|
| Trial Date(s)<br>10/11/2022 (term) | Court Reporter | Courtroom Deputy |
|  |  |  |

    EXHIBIT B

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Document | Plaintiffs' Objection(s)[1] |
|---|---|---|---|---|---|---|
| | A | | | | Leon County Jail medical and mental health records regarding Jennifer Norred | H, I, P, R, UP, 404, 609 |
| | B | | | | Florida Department of Children and Families records regarding Jennifer Norred | A, H, I, P, R, UP, 404, 609 |
| | C | | | | Autopsy report of Jennifer Norred | None |
| | D | | | | Eastwood Pharmacy Records regarding Jennifer Norred | A, H, I, P, R, UP |
| | E | | | | Leon County EMS records regarding Jennifer Norred | None for first 14 pp, then H, I, P, R, UP |
| | F | | | | Ronda Harrison-Spoerl, PhD records regarding Jennifer Norred | A, I, H, P, R, UP, 404, 609 |
| | G | | | | Dr. Jennifer Cox 2008 competency evaluation of Jennifer Norred | A, H, I, P, R, UP, 404, 609 |
| | H | | | | Corizon Policies and Procedure Manual 2017 | 464 pp, R |
| | I | | | | Corizon Suicide Prevention Manual | None |
| | J | | | | Recordings of phone calls made by Jennifer Norred to her parents while incarcerated in the Leon | H, I, P, R, UP, 404, stipulate? |

---

[1] Objection Code

    A – Authenticity        P – Privileged
    H – Hearsay            R – Relevancy
    I – Contains inadmissible matter    UP – Unduly prejudicial

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Document | Plaintiffs' Objection(s)[1] |
|---|---|---|---|---|---|---|
| | | | | | County Jail | |
| | K | | | | Leon County Jail file (non-medical) regarding Jennifer Norred. | H, I, P, R, UP, 404, 609 |
| | L | | | | Letter from Attorney Watkins dated 3/4/2020 regarding William Norred not claiming damages in lawsuit | R, we can stipulate |
| | M | | | | Leon County Sheriff's Office Inmate Visitation Log and visitor Information regarding Jennifer Norred's visitors during her incarceration | UP, will stipulate |
| | N | | | | Leon County Sheriff's Office Policy and Procedure regarding restraint chair use | R, not in effect on 7-21-17 |
| | O | | | | Leon County Sheriff's Office Policy and Procedure regarding suicide prevention | R, 106 pp, includes irrevant material |
| | P | | | | Leon County Sheriff's Office Policy and procedure regarding in-custody deaths | R, (includes transport) |
| | Q | | | | Leon County Sheriff's Office Inmate Handbook | R, absent foundation |
| | R | | | | Leon County Sheriff's Office video dated 7/24/08 | None |
| | S | | | | Social Security Administration records regarding Jennifer Norred | I, P, R, UP |
| | T | | | | Statement from Jennifer Norred's father waiving rights to any estate of his daughter | R, we can stipulate |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Document | Plaintiffs' Objection(s)[1] |
|---|---|---|---|---|---|---|
|  | U |  |  |  | All exhibits identified by Plaintiff |  |

                By:    /s/ Gregg A. Toomey
                    Gregg A. Toomey
                    Florida Bar No. 159689
                    THE TOOMEY LAW FIRM LLC
                    *Attorneys for Defendant Robertson*
                    The Old Robb & Stucky Building
                    1625 Hendry Street, Suite 203
                    Fort Myers, FL  33901
                    Phone:  239.337.1630
                    Fax:  239-337.0307
                    Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com