UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| ELIZABETH FREDERICK,<br><br>    Plaintiff,<br><br>v.<br><br>MISTY ROBERTSON,<br><br>    Defendant. | EXHIBIT C<br><br>Case No. 4:19-cv-162-MW-MAF |

**PLAINTIFF'S WITNESS LIST**

| Witness | *Will* Call |
|---|---|
| 1. Frederick, Elizabeth (Mother, Personal Representative) | X |
| 2. Robertson, Misty (Defendant) | |
| 3. Hayward Dr. Richard, Ph.D. (expert) | X |
| 4. Sellers, Debbie, | |
| 5. Garcia, Maria, M.D. | |
| 6. Estrada, Ofcr. Jackie, | X |
| 7. Walker, Ofcr. Ericka, Classification Officer, | X |
| 8. Ward, Ofcr. Kaitlin, Pod Officer. | X |
| 9. Knight, Brittany, DC#N32297 | X |
| 10. Charlee Reedy | X |
| 11. Pugh, Calandra | |
| 12. Fryson, Carlester, DC#N16489 | X |
| 13. DeVaney Michael, FDLE Special Agent | |
| 14. Paramore, Lt. Bill | |
| 15. Safford, Ofcr. Felicia | X |
| 16. Flanagan Lisa, M.D. (M.E.) | |
| 17. Gabric Amber Norred (sister) | X |
| 18. Sonberg, Lisa (sister) | X |

| | |
|---|---|
| 19. Brown, Dorothy Frederick (aunt) | X |
| 20. Jolley, James R. | |
| 21. Howard Ofcr. Jalisa | |
| 22. Brown Sgt. Lacarra | |
| 23. Cole-Greene, Cheryl, LPN | |
| 24. McGrady Joseph | |
| 25. Pleas Jeffrey | X |
| 26. Powell, Ofcr. Robert | |
| 27. Rathman, Lt. Dennis | |
| 28. Whitman, James, M.D. | |
| 29. Virgil, Keandra, RN | |
| 30. Sturgeon, Linda Sue, LCSW | |
| 31. Jail Records Custodian | |
| 32. Other records custodians as needed | |
| 33. Witnesses listed by Defendant | |

Respectfully submitted,   /s/ James V. Cook
JAMES V. COOK, ESQ.
Florida Bar No. 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

/s/ James M. Slater
JAMES M. SLATER, ESQ.
Slater Legal
Florida Bar No. 111779
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

ATTORNEYS FOR PLAINTIFF

I CERTIFY the foregoing was filed electronically on 9/9/2022, on all counsel registered to be notified by the CM/ECF electronic mail system.

*s/James V. Cook*