UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.: 4:19-cv-00162-MW-MAF

ELIZABETH FREDERICK, as Personal Representative of the Estate of Jennifer Casey Norred and on behalf of the survivors, Elizabeth Frederick, Mother and William James Norred, Father,

    Plaintiff,

v.

WALTER MCNEIL, Sheriff of Leon County, Florida, CORIZON, LLC, a Health Services Corporation, MARIA LILIAN GARCIA, M.D., KIMBERLY PETERSEN, DEBBIE SELLERS and MISTY ROBERTSON, in their individual capacities.

    Defendants.

_____/

## DEFENDANT MISTY ROBERTSON'S WITNESS LIST

| Presiding Judge: Mark E. Walker | Plaintiff's attorney: James V. Cook | Defendants' Attorneys: Michael P. Spellman Matthew J. Carson Gregg A. Toomey |
|---|---|---|
| Trial Date(s) 11/16/2020 | Court Reporter | Courtroom Deputy |

| Def. No. | Date Offered | May Call | Will Call | Description of Witness |
|---|---|---|---|---|
| 1. | | X | | Cheryl Cole-Greene, LPN |

EXHIBIT D

1

| # | | | | Name |
|---|---|---|---|---|
| 2. | | | X | Misty Robertson, LCSW |
| 3. | | | X | Maria Garcia, MD |
| 4. | | | X | Deborah Sellers, RN |
| 5. | | | X | Keandra Virgil, RN |
| 6. | | X | | Stephanie Daniels, MA |
| 7. | | X | | Ambrose Ohide, RN |
| 8. | | X | | Michele Schaub, MA |
| 9. | | X | | Jacqueline Rene Smith, LPN |
| 10. | | X | | Anthony Stephens, LPN |
| 11. | | X | | Felicia Stephens, RN |
| 12. | | X | | Melissa Thigpen, LPN n/k/a Melissa Flaurr |
| 13. | | X | | Celeste MacDonald, ARNP |
| 14. | | X | | Natacha Barkley, DON |
| 15. | | X | | Francis White, III, LPN |
| 16. | | | X | Alan Abrams, MD, Expert |
| 17. | | X | | Kimberly Petersen, LCSO |
| 18. | | X | | Elizabeth Frederick |
| 19. | | X | | William Norred |
| 20. | | X | | Amber Norred-Gabric |
| 21. | | X | | Lisa Norred-Sonberg |
| 22. | | X | | Dorothy Frederick Brown |
| 23. | | X | | Allison Bunker |
| 24. | | X | | D. Batesman, LCSO |
| 25. | | X | | B. Bland, LCSO |
| 26. | | X | | Sgt. LaCarra Brown, LCSO |
| 27. | | X | | Officer N. Butler, LCSO |
| 28. | | X | | Tyler Bush, LCSO |
| 29. | | X | | L. Cheshire, LCSO |
| 30. | | X | | Sgt. Lillie M. Christie, LCSO |
| 31. | | X | | Officer S. Clark, LCSO |
| 32. | | X | | Officer S. Cobb, LCSO |
| 33. | | X | | Officer A. Colin, LCSO |
| 34. | | X | | Officer A. Dixon, LCSO |
| 35. | | X | | Diana Dupines |
| 36. | | X | | Officer C. Edwards, LCSO |
| 37. | | X | | Officer Jacqueline Estrada, LCSO |
| 38. | | X | | Officer Aqueelah Faison, LCSO |
| 39. | | X | | Lisa Flannagan, MD, Medical Examiner |

| | | | |
|---|---|---|---|
| 40. | | X | Officer S. Goldwire, LCSO |
| 41. | | X | Officer T. Hairston, LCSO |
| 42. | | X | Sgt. Roland Hall, LCSO |
| 43. | | X | Officer S. Harris, LCSO |
| 44. | | X | Deputy Pamela Hawkins, LCSO |
| 45. | | X | Officer Jalisa Howard, LCSO |
| 46. | | X | Officer K. Johnson, LCSO |
| 47. | | X | Officer L. King, LCSO |
| 48. | | X | Sgt. Mack Norman, LCSO |
| 49. | | X | Officer T. Maitland, LCSO |
| 50. | | X | Officer Joseph McGrady, LCSO |
| 51. | | X | Victoria Miller, LCSW |
| 52. | | X | Sgt. Murphy, LCSO |
| 53. | | X | Officer L. Nelson, LCSO |
| 54. | | X | Lt. William Paramore, LCSO |
| 55. | | X | Officer Jeffrey Please, LCSO |
| 56. | | X | Officer Robert Powell, LCSO |
| 57. | | X | Officer S. Pritchett, LCSO |
| 58. | | X | Officer Sheranda Reese, LCSO |
| 59. | | X | Officer T. Rolle, LCSO |
| 60. | | X | Officer K. Ross, LCSO |
| 61. | | X | Officer B. Smart, LCSO |
| 62. | | X | Curtis Tygres, paramedic |
| 63. | | X | Deputy E. Walker, LCSO |
| 64. | | X | Deputy Terah Ward, LCSO |
| 65. | | X | Lt. Tony Watson, LCSO |
| 66. | | X | Deputy Wilcox, LCSO |
| 67. | | X | Deputy Tronia Williams, LCSO |
| 68. | | X | Deputy W. Willis, LCSO |
| 69. | | X | Deputy K. Wilcox, LCSO |
| 70. | | X | Deputy S. Young, LCSO |
| 71. | | X | All witnesses listed by Plaintiff |

By:   /s/ Gregg A. Toomey
Gregg A. Toomey
Florida Bar No. 159689
THE TOOMEY LAW FIRM LLC
*Attorneys for Defendant Robertson*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
Phone: 239.337.1630
Fax: 239-337.0307
Email: gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com