# APPENDIX B

# CIVIL RIGHTS – SPECIAL INTERROGATORIES – 42 U.S.C. § 1983 CLAIMS – FOR CASES BROUGHT BY NON-PRISONERS (PRISON-LITIGATION REFORM DOES NOT APPLY)

### SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

1. That Misty Robertson intentionally committed acts that violated Jennifer Casey Norred's right to mental health care?

    Answer Yes or No   _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Misty Robertson's actions were "under color" of state law?

    Answer Yes or No   _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.]

3. That Misty Robertson's conduct caused Jennifer Case Norred's injuries?

    Answer Yes or No   _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4. That Elizabeth Frederick, the mother, should be awarded compensatory damages against Misty Robertson?

      Answer Yes or No   _____

If your answer is "Yes," in what amount?  $_____

5. That punitive damages should be assessed against Misty Robertson?

      Answer Yes or No   _____

If your answer is "Yes," in what amount?  $_____


So Say We All.

            _____
            Foreperson's Signature

DATE: _____

**ANNOTATIONS AND COMMENTS**

No annotations associated with this instruction.

Submitted by Defendant
Frederick v. Robertson
Case No: 4:19-cv-162-MW-MAF