UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

     Plaintiff,

v.

  Case No. 4:19-cv-162-MW-MAF

MISTY ROBERTSON,

     Defendant.

**PLAINTIFF'S *UNOPPOSED* MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO BRITTANY KNIGHT**

Plaintiff Elizabeth Frederick, by and through her counsel, respectfully moves the Court for an order directing the issuance of a writ of habeas corpus ad testificandum to secure the attendance of Brittany Knight (DC# N32297)—one of Plaintiff's witnesses for the upcoming trial in this case scheduled for October 11, 2022. [D.E. 129].

Specifically, Ms. Knight—who was confined in the Leon County Jail with Jennifer Casey Norred—is currently in the custody of the Florida Department of Corrections. To secure her presence at the upcoming trial, it is necessary that a writ of habeas corpus ad testificandum be issued commanding the warden or supervisor of

Gadsden Correctional Facility, 6044 Greensboro Highway, Quincy,

Florida 32351, and the U.S. Marshals to produce Ms. Knight at the

United States Courthouse, 111 North Adams Street, Tallahassee,

Florida 32301 on **October 11, 2022, at 8:15 a.m. eastern time**.

Defendant does not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that the Court issue

a writ of habeas corpus ad testificandum, directing the Florida

Department of Corrections and the warden at Gadsden Correctional

Facility to take Ms. Knight into custody and transport her to the federal

courthouse in Tallahassee for the trial in this case, and upon completion

of the same return her to the custody of her warden.

Dated: September 15, 2022.

Respectfully submitted,

LAW OFFICE OF JAMES COOK

_/s/ James V. Cook_
James V. Cook
Florida Bar No. 0966843
314 West Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com
Tel: (850) 222-8080
Fax: (850) 561-0836

-and-

2

SLATER LEGAL PLLC

*/s/ James M. Slater*
James M. Slater
Florida Bar No. 111779
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel: (305) 523-9023

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, I electronically filed

the foregoing document with the Clerk by using the CM/ECF system,

which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(B), Plaintiff's counsel has conferred in

good faith with counsel for Defendant by telephone on September 14,

2022. Defendant does not oppose the relief requested herein.

By: */s/ James M. Slater*
James M. Slater

3

4

## CERTIFICATION PURSUANT TO L.R. 7.1(F)

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains fewer than 250 words, inclusive of headings but exclusive of the case style, signature block and certificates.

By: */s/ James M. Slater*
James M. Slater