IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ELIZABETH FREDERICK,**

     *Plaintiff*,

v.                           **Case No.: 4:19cv162-MW/MAF**

**WALTER MCNEIL, as Sheriff of Leon
County, Florida, et al.,**

     *Defendants*.

_____/

## ORDER GRANTING EXTENSION

Plaintiff previously filed a notice of settlement as to Sheriff McNeil only, explaining that the parties were in the process of finalizing a settlement agreement. ECF No. 135. This Court then entered an order acknowledging the pending settlement and giving the parties until September 15, 2022 to file a stipulation of dismissal or a status update. ECF No. 136.

The parties have now filed a status update and a request for an additional 30 days to finalize their settlement. ECF No. 148. That request, construed as a motion, is **GRANTED**. The parties must file a stipulation of dismissal or another status

update **on or before October 17, 2022**.

**SO ORDERED on September 15, 2022.**

**s/Mark E. Walker**
**Chief United States District Judge**