IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

    *Plaintiff*,

v.                             Case No.: 4:19cv162-MW/MAF

WALTER MCNEIL, as Sheriff of Leon
County, Florida, et al.,

    *Defendants*.

_____/

**ORDER SETTING EXTENDED DEADLINE**

Plaintiff moves to join Corizon Health, Inc., as a party-defendant. ECF No. 155. Defendant's response, if any, and Corizon Health's response, if any, and the insurers' response, if any, are due on or before October 7, 2022—this is an extended deadline to allow Plaintiff time to serve this Order on Corizon Health and to forward copies to the insurers. Plaintiff must serve this Order on Corizon on or before September 23, 2022, and provide copies of the same to the insurers by that date, using the same mode of service previously used. On or before September 23, 2022, Plaintiff shall file a notice with this Court confirming service in compliance with this Order.

    **SO ORDERED on September 16, 2022.**

                                            **s/Mark E. Walker          **
                                            **Chief United States District Judge**