UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

    Plaintiff,

v.

MISTY ROBERTSON,

    Defendant.

Case No. 4:19-cv-162-MW-MAF

**Certificate of Service Regarding Plaintiff's
Motion to Join Corizon Health and Liability Insurers**

Plaintiff's undersigned counsel certifies that a copy of the Court's Order Setting Extended Deadline (the "Order") [D.E. 159] and Plaintiff's Amended Motion to Include Corizon Health, Inc., Lone Star Alliance Inc., and Scottsdale Insurance Company (the "Amended Motion") [D.E. 155], were transmitted to Corizon Health, Lone Star, and Scottsdale as follows:

- On September 15, 2022, a copy of the Amended Motion was sent by U.S. express priority mail with tracking to Scottsdale and Lone Star with an arrival date of September 16, 2022;

- On September 16, 2022, a copy of the Order and Amended Motion was faxed to Scottsdale and Lone Star;

- On September 16, 2022, a copy of the Order was sent by U.S. express priority mail with tracking to Scottsdale and Lone Star with an arrival date of September 19, 2022; and

- On September 19, 2022, a copy of the Order and Amended Motion was served on Corizon Health's registered agent in Florida by process server (a copy of the now-moot original motion was also served on Corizon Health's registered agent on September 16).

Dated: September 19, 2022.

                                        Respectfully submitted,

                                        SLATER LEGAL PLLC

                                        */s/ James M. Slater*
                                        James M. Slater
                                        Florida Bar No. 111779
                                        113 S. Monroe Street
                                        Tallahassee, Florida 32301
                                        james@slater.legal
                                        Tel: (305) 523-9023

                                        *Attorneys for Plaintiff*