IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

    *Plaintiff*,

v.    Case No.: 4:19cv162-MW/MAF

WALTER MCNEIL, as Sheriff of Leon
County, Florida, et al.,

    *Defendants*.

_____/

ORDER GRANTING MOTION TO EXTEND
DEADLINE FOR JOINT STIPULATION OF DISMISSAL

This Court has considered, without hearing, Plaintiff's Joint Status Report, ECF No. 174, where both parties move for this Court to extend the deadline to file a joint stipulation of dismissal as to Defendant Walter McNeil. Plaintiff's motion is **GRANTED**. The deadline to file a joint stipulation of dismissal as to Defendant Walter McNeil is extended to **October 31, 2022**.

SO ORDERED on October 14, 2022.

                                         **s/Mark E. Walker**
                                         **Chief United States District Judge**