UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.: 4:19-cv-00162-MW-MAF

ELIZABETH FREDERICK, as Personal Representative of the Estate of Jennifer Casey Norred and on behalf of the survivors, Elizabeth Frederick, Mother and William James Norred, Father,

    Plaintiff,

v.

WALTER MCNEIL, Sheriff of Leon County, Florida, CORIZON, LLC, a Health Services Corporation, MARIA LILIANA GARCIA, M.D., KIMBERLY PETERSEN, DEBBIE SELLERS and MISTY ROBERTSON, in their individual capacities.

    Defendants.
                            /

**DEFENDANT MISTY ROBERSTON'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PLAINTIFF'S MOTIONS**

Defendant Misty Robertson ("Robertson") files her Consent Motion for Extension of Time to Respond to the Plaintiff's Amended Motion to Join Corizon Health, Inc., Lone Star Alliance, Inc., and Scottsdale Insurance Company as Party-Defendants for Purposes of Final Judgment [ECF #155] and Plaintiff's Opposed Motion to Permit Testimony of Carlester Fryson at Trial [ECF #163] as follows:

## MOTION

1. This Court entered an order providing Robertson until October 21, 2022 to respond to the Plaintiff's Amended Motion to Join Corizon Health, Inc., Lone Star Alliance, Inc., and Scottsdale Insurance Company as Party-Defendants for Purposes of Final Judgment and Plaintiff's Opposed Motion to Permit Testimony of Carlester Fryson at Trial [ECF ##172, 173].

2. The undersigned was admitted to the hospital this morning.

3. Therefore, Robertson requests until Tuesday, October 25, 2022 to file the appropriate responses.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) provides, in pertinent part:

> When by these rules or by a notice given thereunder or by order of court, an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . .

By its express terms, the Rule affords wide discretion to this Court to extend time periods established by the procedural rules or a court order. *See Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir.2001); *Woods v. Allied Concord Financial Corp.*, 373 F.2d 733 (5th Cir. 1967). Rule 6 should be applied liberally "to secure the just, speedy and inexpensive determination of every action." Enlargements of time should be available when a party demonstrates a

reasonable basis for such request. *See Beaufort Concrete Company v. Atlantic States Construction Company*, 352 F.2d 460 (5th Cir. 1965).

A reasonable basis exists. The undersigned was unexpectedly admitted to the hospital and is currently uncertain as to his discharge date. He is hopeful to be discharged later today or tomorrow. Therefore, a brief extension until Tuesday, October 25, 2022 is requested.

## **LOCAL RULE 7.1(B) CERTIFICATION**

Pursuant to Local Rule 7.1(B), the office of the undersigned has emailed opposing counsel regarding this Motion and opposing counsel has advised they have no objection to the extension requested.

## **CERTIFICATE OF WORD LIMIT**

Pursuant to Local Rule 7.1(F), this Motion contains 306 words.

By:    /s/ Gregg A. Toomey
       Gregg A. Toomey
       Florida Bar No. 159689

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of October, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

James V. Cook
James V. Cook, PA
*Attorneys for Plaintiff*
314 W. Jefferson Street
PO Box 10021 [32302]
Tallahassee, FL 32301-1608
P: 850-222-8080
F: 850-561-0836
E: cookjv@gmail.com

James M. Slater
Slater Legal PLLC
*Attorneys for Plaintiff*
113 S. Monroe Street
Tallahassee, FL 32301
P: 305-523-9023
E: james@slater.legal
eservice@slaterlegal.com

Michael P. Spellman
Matthew J. Carson
Sniffen & Spellman PA
*Attorneys for Defendants McNeil*
123 N. Monroe Street
Tallahassee, FL 32301
P: 850-205-1996
F: 850-205-3004
E: mspellman@sniffenlaw.com;
mcarson@sniffenlaw.com
twylie@sniffenlaw.com
lkiser@sniffenlaw.com

Rhett Conlon Parker
Phelps Dunbar LLP
*Attorneys for Scottsdale Insurance Company*
100 S. Ashley Drive, Suite 2000
Tampa, FL 33602
P: 813-473-7550
F: 813-472-7570
E: Rhett.parker@phelps.com

G. Benjamin Milam
Elizabeth Brusa
Bradley Arant Boult Cummings LLP
*Attorneys for Corizon*
214 N. Tryon St., Suite 3700
Charlotte, NC 28202
P: 704-338-6047
F: 704-338-6094
E: bmilam@bradley.com
ebrusa@bradley.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendant Robertson*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By: \_\_\_\_/s/ Gregg A. Toomey_____
      Gregg A. Toomey
      Florida Bar No. 159689