# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ELIZABETH FREDERICK,**

   *Plaintiff*,

**v.**                                                        **Case No.: 4:19cv162-MW/MAF**

**MISTY ROBERTSON et al.,**

   *Defendants*.

_____/

## ORDER CANCELLING TRIAL AND PRETRIAL CONFERENCE

Due to a scheduling conflict and still-pending motions that this Court must rule on, this Court on, its own motion, directs the Clerk to **CANCEL** the pretrial conference set for January 6, 2023, and the trial set for January 23, 2023. This Court will reschedule the trial once it resolves the pending motions.

**SO ORDERED on December 19, 2022.**

                                                               **s/ MARK E. WALKER**
                                                               **Chief United States District Judge**