UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

    Plaintiff,

v.

MISTY ROBERTSON, et. al.,

    Defendant.

Case. No. 4:19-cv-162-MW-MAF

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Michael J. Thomas, Esq., of the law firm Pennington, P.A., appears as counsel in this case for Defendant Lone Star Alliance, Inc., and requests service of all pleadings, notices, and other papers filed in this case.

Respectfully submitted on this 17th day of January 2023.

    */s/Michael J. Thomas*_____
    **MICHAEL J. THOMAS**
    Florida Bar No: 897760
    **CHASE E. BOSWELL**
    Florida Bar No: 124314
    **PENNINGTON, P.A.**
    215 S. Monroe Street, 2nd Floor
    Tallahassee, Florida 32301
    T: (850) 222-3533
    F: (850) 222-2126
    mike@penningtonlaw.com
    cboswell@penningtonlaw.com
    thomasteam@penningtonlaw.com

*Attorneys for Lone Star Alliance, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2023, a true and correct copy of the foregoing was filed using the Court's CM/ECF filing system, which will send a notice of electronic filing to all counsel of record.

*/s/Michael J. Thomas*_____
Pennington, P.A.

2