UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.: 4:19-cv-00162-MW-MAF

ELIZABETH FREDERICK, as Personal Representative of the Estate of Jennifer Casey Norred and on behalf of the survivors, Elizabeth Frederick, Mother and William James Norred, Father,

    Plaintiff,

v.

MISTY ROBERTSON, in her individual capacity.

    Defendants.
_____/

## SEVENTH STATUS REPORT

Defendant Misty Robertson ("Robertson") files her Seventh Status Report, as required by this Court's December 20, 2022 notice as follows:

All discovery in this matter has been completed. The parties currently await ruling on the following motions:

    Plaintiff's Amended Motion to Join Corizon Health, Inc., Lone Star Alliance, Inc., and Scottsdale Insurance Company as Party-Defendants for purposes of Final Judgment [ECF ##155, 168, 171, 178, 182]

    Plaintiff's Opposed Motion to Permit Testimony of Carlester Fryson at Trial and Memorandum of Law [ECF ##163, 180, 186]

Additionally, the Court will reschedule the pretrial conference and trial once it resolves the pending motions [ECF #192].

> By:    /s/ Gregg A. Toomey
>        Gregg A. Toomey
>        Florida Bar No. 159689

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of January, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

James V. Cook
James V. Cook, PA
*Attorneys for Plaintiff*
314 W. Jefferson Street
PO Box 10021 [32302]
Tallahassee, FL 32301-1608
P: 850-222-8080
F: 850-561-0836
E: cookjv@gmail.com

James M. Slater
Slater Legal PLLC
*Attorneys for Plaintiff*
113 S. Monroe Street
Tallahassee, FL 32301
P: 305-523-9023
E: james@slater.legal
eservice@slaterlegal.com

Rhett Conlon Parker
Phelps Dunbar LLP
*Attorneys for Scottsdale Insurance Company*
100 S. Ashley Drive, Suite 2000
Tampa, FL 33602
P: 813-473-7550
F: 813-472-7570
E: Rhett.parker@phelps.com

Michael J. Thomas
Chase E. Boswell
Pennington, P.A.
*Attorneys for Lone Star Alliance, Inc.*
215 S. Monroe Street, 2nd Floor
Tallahassee, FL 32301
P: 850-222-3533
F: 850-222-2126
E: mike@penningtonlaw.com
cboswell@penningtonlaw.com
thomasteam@penningtonlaw.com

| | |
|---|---|
| G. Benjamin Milam<br>Bradley Arant Boult Cummings LLP<br>*Attorneys for Corizon*<br>214 N. Tryon St., Suite 3700<br>Charlotte, NC 28202<br>P: 704-338-6047<br>F: 704-338-6094<br>E: bmilam@bradley.com<br>mdellova@bradley.com | Elizabeth R. Brusa<br>Bradley Arant Boult Cummings LLP<br>*Attorneys for Corizon*<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>P: 813-559-5500<br>F: 813-229-5946<br>E: ebrusa@bradley.com<br>jbrandt@bradley.com |

Katherine J. Henry
Bradley Arant Boult Cummings LLP
*Attorneys for Corizon*
1615 L. Street NW, Suite 1350
Washington, D.C.
P: 202-393-7150
E: khenry@bradley.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendant Robertson*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:     /s/ Gregg A. Toomey
      Gregg A. Toomey
      Florida Bar No. 159689