UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

    Plaintiff,

v.

MISTY ROBERTSON,

    Defendant.

Case No. 4:19-cv-162-MW-MAF

**PLAINTIFF'S NOTICE CONCERNING
THE BANKRUPTCY OF CORIZON HEALTH, INC.**

Plaintiff's counsel—through their own diligence—have learned that on Monday, February 13, 2023, Corizon Health, Inc. (renamed Tehum Care Services, Inc.) filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for Southern District of Texas. *See* Am. Pet. attached as **Exhibit 1**. Plaintiff's counsel has also learned that prior to filing for bankruptcy, Corizon Health effectuated a divisional merger employing the so-called "Texas two-step," in which it spun off its assets into successor entities CHS TX, Inc. and YesCare Corp., while purportedly retaining all liabilities. *See* Merger Plan, attached as **Exhibit 2**; *see also Kelly v. Corizon Health*, No. 2:22-cv-10589, 2022 WL 16575763 (E.D. Mich. Nov. 1, 2022).

To the extent the Court intends to grant Plaintiff's amended motion as to Corizon Health, Inc. (Doc. 155), Plaintiff is endeavoring to determine the successor liability of YesCare and CHS TX considering the bankruptcy petition and to what extent it would be appropriate to seek leave to include the successor entities. Plaintiff promptly provides the Court notice of these events to avoid any unnecessary judicial labor.

Plaintiff's counsel emailed counsel for Corizon Health on February 15, 2023 regarding the bankruptcy filing but has not received any response to date.

Dated: February 16, 2023.

Respectfully submitted,

SLATER LEGAL PLLC

*/s/ James M. Slater*
James M. Slater (FBN 111779)
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

-and-

LAW OFFICE OF JAMES COOK
James V. Cook (FBN 966853)
314 West Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com
Tel. (850) 222-8080

*Attorneys for Plaintiff*