IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ELIZABETH FREDERICK,**

    *Plaintiff*,

v.                                    Case No.: 4:19cv162-MW/MAF

**WALTER MCNEIL, as Sheriff of Leon
County, Florida, et al.,**

    *Defendants*.
_____/

## ORDER REGARDING BANKRUPTCY STAY

Plaintiff has filed a notice concerning the bankruptcy of Corizon Health, Inc. ECF No. 197. This Court has the authority to proceed to trial on Plaintiff's claims against Misty Robertson notwithstanding a stay of this proceeding against Corizon Health, Inc.; however, based on the notice concerning bankruptcy, and inasmuch as Plaintiff agrees that piecemeal litigation is inappropriate given her motion to join Corizon Health, Inc., (and others) as party-defendants, this Court will stay the case entirely. Accordingly, unless and until otherwise ordered, the effect of the bankruptcy filing will be to stay all proceedings in this action.

This order recognizes the stay and establishes a mechanism by which this Court can be kept advised of the status of the bankruptcy proceeding. The filing requirements of this order are mandatory to the extent consistent with the automatic

stay but are set forth as a request to Corizon Health, Inc., while the stay is in effect, in recognition that the stay may not allow mandatory requirements to be imposed on Corizon Health, Inc., during its pendency.

Accordingly,

**IT IS ORDERED**:

1. Unless and until otherwise ordered, all proceedings in this case are **STAYED** under 11 U.S.C. § 362.

2. Corizon Health, Inc., must file a notice in this Court within 30 days after the occurrence of any event or condition terminating the automatic stay either explicitly or by operation of law.

3. Plaintiff must file a notice in this court within 30 days after the party or its attorney learns of the occurrence of any event or condition terminating the automatic stay either explicitly or by operation of law, provided, however, that if one such notice has been filed by any party, no party need file any additional notice.

4. Corizon Health, Inc., is requested to file, and Plaintiff must file, by the last day of each August and February (commencing with February 2023) a status report indicating whether the bankruptcy proceeding remains pending and the automatic stay remains in effect, provided, however, that

if one such status report has been filed by any party for the period at issue, no party need file any additional status report.

5. The Clerk is directed to **TERMINATE** ECF Nos. 155 and 163 during the pendency of the bankruptcy stay.

6. The Clerk shall re-gavel ECF Nos. 155 and 163 upon notice from the parties of any event or condition terminating the automatic stay.

**SO ORDERED on February 17, 2023.**

s/Mark E. Walker          
**Chief United States District Judge**
