UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

    Plaintiff,

v.

MISTY ROBERTSON,

    Defendant.

Case No. 4:19-cv-162-MW-MAF

## Plaintiff's Status Report Regarding Bankruptcy

Per the Court's Order Regarding Bankruptcy Stay (Doc. 198), Plaintiff provides the following information concerning the bankruptcy proceedings involving Tehum Care Services, Inc. f/k/a Corizon Health Services, Inc., Case No. 23-90086, pending in the Bankruptcy Court for the Southern District of Texas:

    1.    The bankruptcy proceedings remain pending.

    2.    The automatic stay remains in effect.

    3.    Tehum/Corizon has asked the bankruptcy court on an emergency basis to extend and enforce the automatic stay to certain non-debtor indemnified parties.

Dated: February 28, 2023.

          Respectfully submitted,

          SLATER LEGAL PLLC

          */s/ James M. Slater*
          James M. Slater (FBN 111779)
          113 S. Monroe Street
          Tallahassee, Florida 32301
          james@slater.legal
          Tel. (305) 523-9023

              -and-

          LAW OFFICE OF JAMES COOK
          James V. Cook (FBN 966853)
          314 West Jefferson Street
          Tallahassee, Florida 32301
          cookjv@gmail.com
          Tel. (850) 222-8080

          *Attorneys for Plaintiff*