UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ELIZABETH FREDERICK,

        CASE NO.: 4:19-cv-162-MW-MAF

    Plaintiff,

v.

MISTY ROBERTSON,

    Defendant.

_____/

## CORIZON'S STATUS REPORT REGARDING BANKRUPTCY

Undersigned counsel for Corizon Health, Inc. hereby gives notice of agreement to the matters stated in Plaintiff's status report filed February 28, 2023 as Document No. 200.  As noted in Plaintiff's report, the bankruptcy proceedings in *Tehum Care Services, Inc. f/k/a Corizon Health Services, Inc.*, Case No. 23-90086 (CML) remain pending in the Bankruptcy Court for the Southern District of Texas and the automatic stay remains in effect.

Dated: February 28, 2023.


/s/ *G. Benjamin Milam*
George Benjamin Milam, Esq.
Fla. Bar No. 88741
Elizabeth R. Brusa, Esq.
Fla. Bar No. 125655
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 North Tampa Street, Suite 2200
Tampa, FL 33602
P: (813) 559-5500 | F: (813) 229-5946

1

Primary email: bmilam@bradley.com
Primary email: ebrusa@bradley.com
Secondary email: mdellova@bradley.com,
jbrandt@bradley.com

***COUNSEL FOR CORIZON HEALTH,
INC.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the February 28, 2023, I electronically filed the foregoing document with the Clerk of Court via CM/ECF, which will send a Notice of Electronic Filing to counsel or parties authorized to receive electronic filings in this case.

*/s/  G. Benjamin Milam*
***Attorney***
