UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

    Plaintiff,

v.

CASE NO.: 4:19-cv-162-MW-MAF

MISTY ROBERTSON,

    Defendant.

_____/

### ELIZABETH R. BRUSA'S NOTICE OF WITHDRAWAL AS COUNSEL FOR CORIZON HEALTH, INC.

Pursuant to Local Rule 11.1(H)(1)(b), Elizabeth R. Brusa, counsel to Defendant Corizon Health, Inc., hereby gives notice of her withdraw as counsel in this matter. Consistent with the Local Rules, the undersigned states the following.

1. On November 4, 2022, the undersigned filed her *Notice of Appearance and Request for Service* on behalf of Corizon Health, Inc. ("Corizon"), in this matter.

2. Ms. Brusa will be leaving Bradley Arant Boult Cummings LLP, and therefore can no longer represent Corizon in this matter.

3. Ms. Brusa has conferred with counsel at Bradley Arant Boult Cummings LLP who have agreed to continue the representation.

4. Corizon has consented to the undersigned's withdrawal as counsel.

5. Attorneys G. Benjamin Milam and Katherine J. Henry (admitted *pro hac vice*) will continue to represent Corizon in this matter.

Accordingly, Ms. Brusa respectfully gives notice of her withdrawal from this case as authorized by Local Rule 11.1(H)(1)(b).

Dated: May 3, 2023.

/s/ Elizabeth R. Brusa
Elizabeth R. Brusa, Esq.
Fla. Bar No. 125655
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 North Tampa Street, Suite 2200
Tampa, FL 33602
P: (813) 559-5500 | F: (813) 229-5946
Primary email: ebrusa@bradley.com
Secondary email: mdellova@bradley.com, jbrandt@bradley.com

***COUNSEL FOR CORIZON HEALTH, INC.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the May 3, 2023, I electronically filed the foregoing document with the Clerk of Court via CM/ECF, which will send a Notice of Electronic Filing to counsel or parties authorized to receive electronic filings in this case.

/s/ Elizabeth R. Brusa
***Attorney***