UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

    Plaintiff,

v.

MISTY ROBERTSON,

    Defendant.

Case No. 4:19-cv-162-MW-MAF

## **Plaintiff's Status Report Regarding Bankruptcy**

Per the Court's Order Regarding Bankruptcy Stay (Doc. 198), Plaintiff provides the following information concerning the bankruptcy proceedings involving Tehum Care Services, Inc. f/k/a Corizon Health Services, Inc., Case No. 23-90086, pending in the Bankruptcy Court for the Southern District of Texas:

    1.    The bankruptcy proceedings remain pending.

    2.    The automatic stay remains in effect.

    3.    Plaintiff was appointed to serve on the Tort Claimants Committee (TCC) in the bankruptcy proceedings and has filed, along with the TCC, a motion to dismiss the bankruptcy. (Bankr. Dkt. 1260). The U.S. Trustee has also asked the bankruptcy court to dismiss the bankruptcy proceedings. (Bankr. Dkt. 1381).

4. Shortly after the filing of the motion to dismiss, on February 22, 2024, the debtor filed an objection to Plaintiff's proof of claim seeking to completely disallow and expunge her claim. (Bankr. Dkt. 1372).

5. To the extent the bankruptcy is dismissed, or the bankruptcy court sustains the debtor's objection, Plaintiff will promptly advise the Court.

Dated: February 26, 2024.

                              Respectfully submitted,

                              */s/ James M. Slater*
                              James M. Slater (FBN 111779)
                              SLATER LEGAL PLLC
                              113 S. Monroe Street
                              Tallahassee, Florida 32301
                              james@slater.legal
                              Tel. (305) 523-9023

                              -and-

                              LAW OFFICE OF JAMES COOK
                              James V. Cook (FBN 966853)
                              314 West Jefferson Street
                              Tallahassee, Florida 32301
                              cookjv@gmail.com
                              Tel. (850) 222-8080

                              *Attorneys for Plaintiff*