UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

    Plaintiff,

v.

MISTY ROBERTSON,

    Defendant.

Case No. 4:19-cv-162-MW-MAF

**Plaintiff's Status Report Regarding Bankruptcy**

Per the Court's Order Regarding Bankruptcy Stay (Doc. 198), Plaintiff provides the following information concerning the bankruptcy proceedings involving Tehum Care Services, Inc. f/k/a Corizon Health Services, Inc., Case No. 23-90086, pending in the Bankruptcy Court for the Southern District of Texas:

1.    As Plaintiff previously advised the Court in her last status report, she was appointed to serve as a member of the Tort Claimants Committee in the bankruptcy proceedings. The bankruptcy court and district court on appeal rejected the TCC's efforts to dismiss the bankruptcy. However, the TCC, the UCC, and the debtor have reached a settlement in the bankruptcy proceeding. That settlement is subject to vote and approval by the court and is not expected to be resolved for several months. Therefore, the bankruptcy proceedings remain pending.

2.    The automatic stay remains in effect.

Dated: August 27, 2024.

                                                     Respectfully submitted,

                                                     */s/ James M. Slater*
                                                     James M. Slater (FBN 111779)
                                                   SLATER LEGAL PLLC
                                                 2296 Henderson Mill Rd NE #116
                                                 Atlanta, GA 30345
                                                 james@slater.legal
                                                 Tel. (305) 523-9023

                                                         -and-

                                                 LAW OFFICE OF JAMES COOK
                                                 James V. Cook (FBN 966853)
                                                 314 West Jefferson Street
                                                 Tallahassee, Florida 32301
                                                 cookjv@gmail.com
                                                 Tel. (850) 222-8080

                                               *Attorneys for Plaintiff*