UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

    Plaintiff,

v.

MISTY ROBERTSON,

    Defendant.

Case No. 4:19-cv-162-MW-MAF

**Plaintiff's Status Report Regarding Bankruptcy**

Per the Court's Order Regarding Bankruptcy Stay (Doc. 198), Plaintiff provides the following information concerning the bankruptcy proceedings involving Tehum Care Services, Inc. f/k/a Corizon Health Services, Inc., Case No. 23-90086, pending in the Bankruptcy Court for the Southern District of Texas:

    1.    As Plaintiff previously advised the Court in her last status report, she was appointed to serve as a member of the Tort Claimants Committee in the bankruptcy proceedings. The bankruptcy court and district court on appeal rejected the TCC's efforts to dismiss the bankruptcy. However, the TCC, the UCC, and the debtor have reached a settlement in the bankruptcy proceeding. The Chapter 11 Plan is subject to a vote and approval by the Court. The plan confirmation hearing is set for March 3, 2025. Therefore, the bankruptcy proceedings remain pending.

2.      The automatic stay remains in effect.

Dated: February 25, 2025.

                                          Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345
james@slater.legal
Tel. (305) 523-9023

             -and-

LAW OFFICE OF JAMES COOK
James V. Cook (FBN 966853)
314 West Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com
Tel. (850) 222-8080

*Attorneys for Plaintiff Elizabeth Frederick*