UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.: 4:19-cv-00162-MW-MAF

ELIZABETH FREDERICK, as Personal Representative of the Estate of Jennifer Casey Norred and on behalf of the survivors, Elizabeth Frederick, Mother and William James Norred, Father,

    Plaintiff,

v.

WALTER MCNEIL, Sheriff of Leon County, Florida, CORIZON, LLC, a Health Services Corporation, MARIA LILIANA GARCIA, M.D., KIMBERLY PETERSEN, DEBBIE SELLERS and MISTY ROBERTSON, in their individual capacities.

    Defendants.
_____/

## DEFENDANT MISTY ROBERSTON'S STATUS REPORT ON BANKRUPTCY

Defendant Misty Robertson ("Robertson") files this Status Report on bankruptcy as follows:

On March 3, 2023, the United States Bankruptcy Court for the Southern District of Texas, Houston Division entered its Order Confirming the First Modified Joint Chapter 11 Plan of Reorganization of the Tort Claimants' Committee, Official Committee of the Unsecured Creditors, and Debtor. On

March 31, 2025, the confirmed Plan became effective [ECF #207-1, p. 76, ¶175].

Plaintiff Elizabeth Frederick ("Frederick") submitted a Proof of Claim in the bankruptcy [ECF #207-2]. Therefore, her claim in this case remains in the bankruptcy court's jurisdiction. According to the Plan, claims, including Frederick's, will be funded over the course of 30 months.

Because the Plan has become effective, Frederick's claims against Robertson will be channeled under the Plan to trusts to be resolved pursuant to the trust procedures. If the trust is fully funded within thirty (30) months of the effective date, then the Plan provides that Robertson will be released.

The claim remains with the bankruptcy court until it is resolved. Robertson will notify this Court when it is resolved.

                                          By:    /s/ Gregg A. Toomey
                                                   Gregg A. Toomey
                                                   Florida Bar No. 159689

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of April, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

James V. Cook
James V. Cook, PA
*Attorneys for Plaintiff*
314 W. Jefferson Street
PO Box 10021 [32302]
Tallahassee, FL 32301-1608
P: 850-222-8080
F: 850-561-0836
E: cookjv@gmail.com

James M. Slater
Slater Legal PLLC
*Attorneys for Plaintiff*
113 S. Monroe Street
Tallahassee, FL 32301
P: 305-523-9023
E: james@slater.legal
eservice@slaterlegal.com

Rhett Conlon Parker
Phelps Dunbar LLP
*Attorneys for Scottsdale Insurance Company*
100 S. Ashley Drive, Suite 2000
Tampa, FL 33602
P: 813-473-7550
F: 813-472-7570
E: Rhett.parker@phelps.com

Michael J. Thomas
Chase E. Boswell
Pennington, P.A.
*Attorneys for Lone Star Alliance, Inc.*
215 S. Monroe Street, 2nd Floor
Tallahassee, FL 32301
P: 850-222-3533
F: 850-222-2126
E: mike@penningtonlaw.com
cboswell@penningtonlaw.com
thomasteam@penningtonlaw.com

Elizabeth R. Brusa
Bradley Arant Boult Cummings LLP
*Attorneys for Corizon*
100 N. Tampa St., Suite 2200
Tampa, FL 33602
P: 813-559-5500
F: 813-229-5946
E: ebrusa@bradley.com
jbrandt@bradley.com

G. Benjamin Milam
Bradley Arant Boult Cummings LLP
*Attorneys for Corizon*
214 N. Tryon St., Suite 3700
Charlotte, NC 28202
P: 704-338-6047
F: 704-338-6094
E: bmilam@bradley.com
mdellova@bradley.com

Katherine J. Henry
Bradley Arant Boult Cummings LLP
*Attorneys for Corizon*
1615 L. Street NW, Suite 1350
Washington, D.C.
P: 202-393-7150
E: khenry@bradley.com

        THE TOOMEY LAW FIRM LLC
        *Attorneys for Defendant Robertson*
        The Old Robb & Stucky Building
        1625 Hendry Street, Suite 203
        Fort Myers, FL  33901
        Phone:  239.337.1630
        Fax:  239-337.0307
        Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

        By:      /s/ Gregg A. Toomey
                Gregg A. Toomey
                Florida Bar No. 159689