UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

    Plaintiff,

v.

MISTY ROBERTSON,

    Defendant.

Case No. 4:19-cv-162-MW-MAF

**Plaintiff's Status Report Regarding Bankruptcy**

Per the Court's Order Regarding Bankruptcy Stay (Doc. 198), Plaintiff provides the following information concerning the bankruptcy proceedings involving Tehum Care Services, Inc. f/k/a Corizon Health Services, Inc., Case No. 23-90086 (Bankr. S.D. Tex.) (the "Bankruptcy Proceeding"):

1. As previously noted in Plaintiff's February 2025 status report, the parties in the Bankruptcy Proceeding reached a settlement.

2. Further, as noted in Defendant Misty Robertson's April 2025 status report, the bankruptcy court confirmed the Chapter 11 Plan on March 31, 2025. Thus, the automatic stay is no longer in effect.

3. However, as explained in Defendant's April 2025 report, Plaintiff has submitted a claim in the Bankruptcy Proceeding. Plaintiff's claims against

Defendant remain subject to a channeling injunction in the Bankruptcy Proceeding, to be channeled under the Chapter 11 Plan to a liquidating trust, pursuant to trust procedures. Defendant will be released under the Chapter 11 Plan contingent on the trust's procedures and funding, which may not be completed for thirty months.

    4.    Accordingly, Plaintiff requests the bankruptcy stay remain in effect in this case until such time as Defendant is either released under the Chapter 11 Plan or, to the extent trust conditions are not met, the channeling injunction lapses.

Dated: August 27, 2025.

        Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345
james@slater.legal
Tel. (305) 523-9023

    -and-

LAW OFFICE OF JAMES COOK
James V. Cook (FBN 966853)
314 West Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com
Tel. (850) 222-8080

*Attorneys for Plaintiff Elizabeth Frederick*