UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

     Plaintiff,

v.                                                                                  Case No. 4:19-cv-162-MW-MAF

MISTY ROBERTSON,

     Defendant.

## PLAINTIFF'S MOTION TO LIFT STAY

Plaintiff Elizabeth Frederick, as Personal Representative of the Estate of Jennifer Casey Norred, files this motion to lift the bankruptcy stay in this case so that the parties may proceed to trial. As grounds, Plaintiff states:

1.      This matter was stayed pending bankruptcy proceedings involving Defendant Misty Roberston's former employer, Corizon Health Services, Inc., (Doc. 198).

2.      The bankruptcy court confirmed a Chapter 11 Plan on March 31, 2025, which terminated the automatic stay.

3.      Plaintiff submitted a claim in the bankruptcy court and, while the automatic stay was terminated, Plaintiff's claim was subject to a channeling injunction in the bankruptcy court.

4.      On March 4, 2026, the settling parties in the bankruptcy proceeding defaulted on their settlement payments, resulting in termination of the channeling injunction. *See* Notice of Failure to Cure Settlement Payment Default; Automatic Termination of Channeling Injunction; and Deadline to Commence Causes of Action Against Released Parties (the "Termination Notice"), attached **Exhibit 1**.

5.      The Termination Notice provides that holders of channeled claims, like Plaintiff, have until June 3, 2026 to commence causes of action against released parties, like Defendant.

6.      Accordingly, Plaintiff requests that the Court lift the stay in this case so that she may proceed to trial against Defendant.

7.      Defendant has not provided her position on the relief requested.

Dated: April 7, 2026                          Respectfully submitted,

                                              */s/ James M. Slater*
                                              James M. Slater (FBN 111779)
                                              SLATER LEGAL PLLC
                                              2296 Henderson Mill Rd NE #116
                                              Atlanta, GA 30345
                                              james@slater.legal
                                              Tel. (404) 458-7283

                                              LAW OFFICE OF JAMES COOK
                                              James V. Cook (FBN 966853)
                                              314 West Jefferson Street
                                              Tallahassee, Florida 32301
                                              cookjv@gmail.com
                                              Tel. (850) 222-8080

                                              *Attorneys for Plaintiff*

2

## Certification Pursuant to L.R. 7.1(B)

Pursuant to Local Rule 7.1(B), I hereby certify that on March 26, March 31, and April 1, 2026, I made efforts to confer with counsel for Defendant and nonparty Corizon on the relief requested herein. Corizon's counsel has not received a position from his client. Defendant's counsel has not responded to any efforts to confer.

By: */s/ James M. Slater*
James M. Slater

## Certification Pursuant to L.R. 7.1(F)

Pursuant to Local Rule 7.1(F), I hereby certify that the above document contains fewer than 300 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: */s/ James M. Slater*
James M. Slater

3