# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ELIZABETH FREDERICK,**

    *Plaintiff,*

**v.**                                 **Case No.: 4:19cv162-MW/MAF**

**WALTER MCNEIL, as Sheriff of Leon
County, Florida, et al.,**

    *Defendants.*

_____/

## ORDER FOR EXPEDITED RESPONSE

Pending before this Court is Plaintiff's Motion to Lift Stay. ECF No. 211.

Defendants shall file a response **on or before Monday, April 13, 2026**.

    **SO ORDERED on April 7, 2026.**

                             **s/Mark E. Walker**_____
                             **United States District Judge**