UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

        Plaintiff,

v.

MISTY ROBERTSON,

        Defendant.

_____/

CASE NO.: 4:19-cv-162-MW-MAF

## MOTION TO WITHDRAW AS COUNSEL FOR TEHUM CARE SERVICES, INC. F/K/A CORIZON HEALTH, INC.

Pursuant to Local Rule 11.1(H), G. Benjamin Milam and Katherine J. Henry of the law firm Bradley Arant Boult Cummings LLP respectfully move to withdraw as counsel for Defendant Tehum Care Services, Inc. f/b/a Corizon Health, Inc. ("Tehum"). In support of this Motion, undersigned counsel states as follows:

1.    This case was stayed on May 17, 2023 in light of Tehum's Chapter 11 bankruptcy filing on February 13, 2023, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, *In re Tehum Care Servs.*, Case No. 23-90086-CML.

2.    On March 26, 2026, Plaintiff's counsel sent correspondence to undersigned counsel indicating that Plaintiff intended to seek relief from stay. Plaintiff's counsel then filed a Motion to Lift Stay on April 7, 2026 [*See* Doc. 211],

1

and on the same day the Court entered an order requiring an expedited response to the Motion no later than April 13, 2026 [Doc 211].

3.      Good cause exists to permit the undersigned counsel of record to withdraw as counsel for Tehum in this case due to Tehum's failure to comply with the terms of its engagement with Bradley Arant Boult Cummings LLP.

4.      Undersigned counsel is further informed by Matt Dundon, the trustee for the GUC Trust and the wind down officer for Tehum, that Attorney Zachary Hemenway will file a limited notice of appearance on behalf of Tehum and will file a statement providing Tehum's position that the Chapter 11 Plan continues to enjoin the filing or continuation of any suit against Tehum (including this lawsuit), notwithstanding the default of certain parties' settlement obligations in the underlying bankruptcy, excepting actions against carriers to obtain insurance benefits when no relief from or participation by Tehum is sought.

5.      Mr. Dundon and Mr. Hemenway were notified of Bradley's intent to withdraw 14 days prior to this Motion, and undersigned counsel understands that Tehum and GUC Trust do not oppose Bradley's motion to withdraw, and that Mr. Hemenway will enter a limited appearance for Tehum as described above.

6.      Withdrawal will not result in material adverse effect on Tehum's (or any other parties') interests. Undersigned counsel has informed Mr. Hemenway of the Motion to Lift stay, so that he can file a limited notice of appearance on behalf

2

of Tehum and provide Tehum's legal position in response to Plaintiff's Motion to Lift Stay.

**WHEREFORE,** the undersigned counsel for Tehum respectfully moves this Court to permit withdrawal as counsel for Tehum in this case and for any other relief that the Court deems just and appropriate.

Dated:  April 13, 2026.

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ G. Benjamin Milam*
G. Benjamin Milam
Fla. Bar No. 88741
214 N. Tryon St., Suite 3700
Charlotte, North Carolina 28202
P: (7040 338-6049 | F: (704) 338-6094
Primary email: bmilam@bradley.com
Secondary email: mdellova@bradley.com,

Katherine J. Henry (admitted pro hac vice)
1615 L Street, NW
Washington, DC 20036
T: (202) 719-8244 F: (202) 719-8344
Email: khenry@bradley.com

***COUNSEL FOR TEHUM CARE SERVCIES, INC. F/K/A CORIZON HEALTH, INC.***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the April 13, 2026, I electronically filed the foregoing document with the Clerk of Court via CM/ECF, which will send a Notice of Electronic Filing to counsel or parties authorized to receive electronic filings in this case.

<u>/s/  G. Benjamin Milam</u>
***Attorney***