UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH FREDERICK,

Plaintiff,

v.

MISTY ROBERTSON, et. al.,

Defendant.

Case. No. 4:19-cv-162-MW-MAF

**PROSPECTIVE DEFENDANT, LONE STAR ALLIANCE, INC.'S NOTICE
OF JOINDER IN MISTY REOBERTSON'S RESPONSE TO MOTION TO
LIFT STAY AND RESPONSE TO PLAINTIFF'S MOTION TO LIFT STAY
AND ORDER FOR EXPEDITED RESPONSE**

COME NOW, Prospective Defendant, LONE STAR ALLIANCE, INC., by and through the undersigned counsel, and hereby files its Response to Plaintiff's Motion to Lift Stay (Doc. 211) and the Court's Order for Expedited Response (Doc. 212), and joins in Defendant Misty Robertson's Response to Motion to Lift Stay (Doc. 213), respectfully showing the Court as follows:

1.      On September 15, 2022, Plaintiff filed her Amended Motion to Join Corizon Health, Inc., Lone Star Alliance, Inc., and Scottsdale Insurance Company as Party Defendants for Purposes of Final Judgment. (Doc. 155).

2.     On October 7, 2022, Prospective Defendant Lone Star Alliance, Inc. filed its Response and Memorandum of Law in Opposition to Plaintiff's Amended Motion to Join. (Doc. 171).

3.     Before a ruling was issued on the above-referenced motion, on February 16, 2023, Plaintiff filed her Notice Concerning the Bankruptcy of Corizon Health, Inc. (Doc. 197). The next day, the Court issued its Order Regarding Bankruptcy Stay. (Doc. 198). Therein, the Court ruled that "[t]he Clerk is directed to **TERMINATE** ECF Nos. 155 and 163 during the pendency of the bankruptcy stay." (*Id.* at para. 5). The Court further noted, "[t]he Clerk shall re-gavel ECF Nos. 155 and 163 upon notice from the parties of any event or condition terminating the automatic stay." (*Id.* at para. 6).

4.     As such, at this time, Lone Star Alliance, Inc., only remains a *prospective* Defendant in the underlying matter, as the Court has not granted Plaintiff's Motion to Amend to add Lone Star Alliance, Inc., as a party defendant, and the Clerk terminated the same.

5.     Thus, while the Court's Order for Expedited Response (Doc. 212) was directed to the party defendants, in an abundance of caution, Lone Star Alliance, Inc., files this Response in order to comply with all parameters of the Court's Order. In so doing, on April 13, 2026, Defendant Misty Robertson filed her Response to

Plaintiff's Motion to Lift Stay. (Doc. 213). Prospective Defendant Lone Star Alliance, Inc., hereby adopts all arguments, analysis, and positions stated therein.

Respectfully submitted on this 13th day of April 2026.

/s/Chase E. Boswell
**MICHAEL J. THOMAS**
Florida Bar No: 897760
**CHASE E. BOSWELL**
Florida Bar No: 124314
PENNINGTON, P.A.
215 S. Monroe Street, 2nd Floor
Tallahassee, Florida 32301
T: (850) 222-3533
F: (850) 222-2126
mike@penningtonlaw.com
cboswell@penningtonlaw.com
thomasteam@penningtonlaw.com
*Attorneys for Lone Star Alliance, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2026, a true and correct copy of the foregoing was filed using the Court's CM/ECF filing system, which will send a notice of electronic filing to all counsel of record.

/s/Chase E. Boswell
Pennington, P.A.