**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ELIZABETH FREDERICK,**

    *Plaintiff*,

**v.**                         **Case No.: 4:19cv162-MW/MAF**

**WALTER MCNEIL, as Sheriff of Leon
County, Florida, et al.,**

    *Defendants*.

_____/

## ORDER DENYING MOTION TO LIFT BANKRUPTCY STAY

This Court has considered, without hearing, Plaintiff's motion to lift bankruptcy stay, ECF No. 211, and Defendant's response in opposition, ECF No. 213. Given the evolving circumstances detailed in Defendant's response, this Court agrees that continuing the stay in this action for an additional 30 days is appropriate. Accordingly, Plaintiff's motion, ECF No. 211, is **DENIED without prejudice to renew**. This action will remain stayed until May 13, 2026. **On or before May 14, 2026,** the parties shall confer and file a status report regarding the status of Corizon's pending bankruptcy and its impact on this case.

    **SO ORDERED on April 13, 2026.**

                           **s/Mark E. Walker**_____
                           **United States District Judge**