# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ELIZABETH FREDERICK,**

    *Plaintiff,*

**v.**                                 **Case No.: 4:19cv162-MW/MAF**

**WALTER MCNEIL, as Sheriff of Leon County, Florida, et al.,**

    *Defendants.*

_____/

## ORDER GRANTING MOTION TO WITHDRAW

This Court has considered, without hearing, Benjamin Milam's and Katherine J. Henry's motion to withdraw as counsel for Defendant Tehum Care Services, Inc., f/k/a Corizon Health, Inc., in the above captioned case, ECF No. 214. The motion notes that Attorney Zachary Hemenway will file a limited notice of appearance on behalf of Defendant and Defendant will not otherwise be prejudiced by the withdrawal. Accordingly, the motion, ECF No. 214, is **GRANTED.** The Clerk shall disconnect Benjamin Milam and Katherine J. Henry from CM/ECF on this matter.

    **SO ORDERED on April 13, 2026.**

                         **s/Mark E. Walker**_____
                         **United States District Judge**