# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**ELIZABETH FREDERICK,**

> *Plaintiff,*

**v.**                                                      **Case No.: 4:19cv162-MW/MAF**

**WALTER MCNEIL, as Sheriff of Leon
County, Florida, et al.,**

> *Defendants.*

_____/

## ORDER EXTENDING STAY AND
## <u>SETTING STATUS REPORT DEADLINE</u>

This Court has considered, without hearing, the parties' joint status report on bankruptcy, ECF No. 218, in which both parties agree this case should remain stayed while the bankruptcy proceeding continues to play out. Accordingly, this case shall remain **STAYED** and the parties are required to file a joint status report regarding the underlying bankruptcy proceeding **on or before December 5, 2026, or earlier** in the event the bankruptcy proceeding is resolved and this action can move forward.

**SO ORDERED on June 5, 2026.**

> **s/Mark E. Walker**  
> **United States District Judge**